UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY W. BROWN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>COURT OF THE STATE OF CALIFORNIA, COUNTY OF VACAVILLE, et al.,<br><br>　　　　Respondent. | No.  2:25-cv-2290-DC-CKD P<br><br><br><br>ORDER |

　　　　Petitioner has requested an extension of time to file objections to the October 1, 2025, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Petitioner's request for an extension of time (ECF No. 9) is GRANTED; and

　　　　2. Petitioner shall file any objections to the findings and recommendations within thirty days from the date of this order.

Dated:  October 22, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/hh
brow2290.111